UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DENNIS JOSEPH RICKERT,**

        Plaintiff,

-vs-

CA: **04-CV72607**

HON: **JOHN CORBETT O'MEARA**
MAG. JUDGE SCHEER

**CITY OF MOUNT CLEMENS,
L.J. McKEOWN, JR., in his official
and individual capacity, and
RICHARD LESSNER, in his official
and individual capacity,**

        Defendants.
_____/

**Rex A. Burgess   P42779
Attorney for Plaintiff**
39425 Garfield Rd.
Clinton Township, MI  48038
(586) 226-2627

**JOHNSON, ROSATI, LABARGE,
ASELTYNE & FIELD, P.C.**
By:   **Laura S. Amtsbuechler**
**Attorney for Defendants**
34405 W. 12 Mile Rd.
Ste. 200
Farmington Hills,  MI  48331-5627
(248) 489-4100
_____/

**ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

At a session of said Court, held in the
Courthouse, in Wayne County, Michigan,

on 8/5/05

PRESENT: HONORABLE  JOHN CORBETT O'MEARA
DISTRICT COURT JUDGE

This matter having come before the court on Defendants' Motion for Summary Judgment, and the Court being fully advised:

IT IS ORDERED that Defendants' Motion for Summary Judgment is granted in its entirety, and all of Plaintiffs claims are dismissed with prejudice for the reasons set forth in open court on July 27, 2005.

IT IS FURTHER ORDERED that Defendants are awarded costs and fees.

s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge

Dated: August 5, 2005

Approved as to form and content:

**JOHNSON, ROSATI, LABARGE,**
**ASELTYNE & FIELD, P.C.**
By:    **s/Laura S. Amtsbuechler**
**Attorneys for Defendants**
34405 W. 12 Mile Rd., Ste. 200
Farmington Hills, MI 48331-5627
(248) 489-4100

**s/Rex A. Burgess   P42779 (w/consent)**
**Attorney for Plaintiff**
39425 Garfield Rd.
Clinton Township, MI 48038
(586) 226-2627